# First District Court of Appeal
# State of Florida

_____

No. 1D2022-1895
_____

MICHAEL FITZSIMMONS,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.

May 6, 2024

PER CURIAM.

    AFFIRMED.

BILBREY, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

V. Ashley Paxton of the Law Office of Hunker Paxton Appeals and Trials, Fort Lauderdale, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Luke R. Napodano, Senior Assistant Attorney General, West Palm Beach, for Appellee.